1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| FARKHONDEH FERY SOTODEHNIK, an individual | Case No.: SACV13-00863-DOC (RNBx) |
|---|---|
| Plaintiff, | JUDGMENT [21] |
| v. | |
| EMIRATES INC., DBA EMIRATES AIRLINE, a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1370358v1

JUDGMENT

JUDGMENT IS HEREBY ENTERED IN FAVOR OF defendant Emirates and against plaintiff Farkhondeh Fery Sotodehnik.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to the Court's Order dated January 22, 2014, plaintiff Farkhondeh Fery Sotodehnik and her counsel of record, L.A. Trial Lawyers Inc., Alexander H. Escandari and Tadeh Akopian, are jointly and severally liable to Emirates for the sum of US$6,000.

IT IS SO ORDERED AND ADJUDGED.

DATED:  May 22, 2014

*David O. Carter*

HONORABLE DAVID O. CARTER
JUDGE, UNITED STATES DISTRICT COURT